**VAN–021** Order to Appear for Examination – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 7, LLC
PO Box 953446
Saint Louis, MO 63195

CASE NO.: 19–01298–5–JNC

DATE FILED: March 21, 2019

TaxID: 26–3465335

CHAPTER: 11

ORDER TO APPEAR FOR EXAMINATION

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, **Ernesto Fesser** , to appear and submit to examination, on behalf of the debtor, at the 11 U.S.C. § 341(a) meeting of creditors scheduled for:

DATE:     Friday, May 17, 2019
TIME:     10:00 AM
PLACE:    U.S. Bankruptcy Court
          300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The designee is further ordered to file schedules and statements and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED: May 15, 2019

Joseph N. Callaway
United States Bankruptcy Judge