UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                                                  CASE NO.: 19-01298-5-JNC

CAH ACQUISITION COMPANY 7, LLC,
d/b/a PRAGUE COMMUNITY HOSPITAL,

     DEBTOR                                                      CHAPTER 11

## MOTION TO EXTEND TIME TO RESPOND TO SECOND APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES

**NOW COMES** the Bankruptcy Administrator for the Eastern District of North Carolina ("BA"), by and through her undersigned counsel, and respectfully moves this Court for an order extending the deadline for the BA to respond to the Second Application for Approval to Pay Co-Counsel for the Trustee's Fees ("Application"); and, in support thereof, shows the Court the following:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 21, 2019.

2. The Second Application for Approval to Pay Co-Counsel for the Trustee's Fees was filed by Waldrep, LLP ("Waldrep") on July 3, 2019. The deadline to respond to the Application is July 24, 2019.

3. The BA is still reviewing the Application and needs additional time to complete her review.

4. The BA has communicated this extension request with Waldrep and they consent to the relief requested herein.

**WHEREFORE,** based upon the foregoing, the Bankruptcy Administrator respectfully requests that the Court enter an order extending the time for the Bankruptcy Administrator to respond to Second Application for Approval to Pay Co-Counsel for the Trustee's Fees for a period of ten (10) days, up to and including, August 5, 2019; and, for such other and further relief the Court may deem just and proper.

Respectfully submitted, this 24th day of July, 2019.

                                                    Marjorie K. Lynch
                                                    Bankruptcy Administrator

                                                    /s/ Marjorie K. Lynch
                                                    Marjorie K. Lynch
                                                    Bankruptcy Administrator

434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3885
Marjorie_lynch@nceba.uscourts.gov
State Bar No. 13594

## **CERTIFICATE OF SERVICE**

I, Tanya L. Aycock, of 434 Fayetteville Street, Suite 640, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on this day, I served copies of the foregoing document electronically upon the following:

Rayford K. Adams, III          *served via: CM/ECF*
Attorney for Debtor

Thomas W. Waldrep, Jr.      *served via: CM/ECF*
Trustee/Co-Counsel for Trustee

Jason Hendren                       *served via: CM/ECF*
Co-Counsel for Trustee


I certify under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of July, 2019.


Marjorie K. Lynch
Bankruptcy Administrator

By: /s/Tanya L. Aycock
Tanya L. Aycock
Bankruptcy Analyst
434 Fayetteville Street, Suite 640
Raleigh, NC 27601