# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01298-5-JNC |
| CAH ACQUISITION COMPANY 7, LLC ) | |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## SECOND APPLICATION FOR EXTENSION OF TIME

COMES NOW, Thomas W. Waldrep, Jr. (the "Trustee") herein, by and through his undersigned counsel of record, and hereby moves this Court for an Order allowing the Trustee an extension of time within which to file the November monthly report and, in support of said Application shows unto the Court as follows:

1.  The Debtor filed its Petition for relief under Chapter 11 of the United States Bankruptcy Code on March 21, 2019. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 29, 2019.

2.  The Trustee needs additional time to complete the November monthly report.

3.  Based on the foregoing, the Trustee is requesting an extension up to and including January 17, 2020 to file the November monthly report.

WHEREFORE, the Trustee prays that he be granted an extension up to and including January 17, 2020 to complete and file the November monthly report.

This the 10th day of January, 2020.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
James C. Lanik (N.C. State Bar No. 30454)
John R. Van Swearingen (N.C. State Bar No. 53646)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Rebecca F. Redwine*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

## **CERTIFICATE OF SERVICE**

I, Rebecca F. Redwine, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on 10th day of January, 2020, I served copies of the foregoing pleading on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   January 10, 2020             **WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
James C. Lanik (N.C. State Bar No. 30454)
John R. Van Swearingen (N.C. State Bar No. 53646)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Rebecca F. Redwine*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

TO:

Kirstin Gardner                                              *(via CM/ECF)*
*Office of the Bankruptcy Administrator*