**VAN–110** Order and Notice for Status Conference – Rev. 01/06/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 7, LLC
 ( *known aliases*: *Prague Community Hospital* )
PO Box 953446
Saint Louis, MO 63195

TaxID: 26–3465335

CASE NO.: 19–01298–5–JNC

DATE FILED: March 21, 2019

CHAPTER: 11

AMENDED
ORDER AND NOTICE FOR STATUS CONFERENCE

THE PARTIES LISTED BELOW ARE HEREBY ORDERED to participate in a status conference by telephone as indicated below:

DATE:   Thursday, March 26, 2020
TIME:   01:00 PM

to discuss the following issues:

Status Conference

The status conference will involve the following parties:

Judge Joseph N. Callaway
Jennifer Lyday/Jason Hendren/Thomas Waldrep
Kirsten Gardner/Marjorie Lynch
Any Interested Party

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: March 22, 2020

                                                         Joseph N. Callaway
                                                         United States Bankruptcy Judge