VAN–018 Notice of Telephone Conference – Rev. 03/27/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 7, LLC
( **known aliases**: *Prague Community Hospital* )
PO Box 953446
Saint Louis, MO 63195

TaxID: 26–3465335

CASE NO.: 19–01298–5–JNC

DATE FILED: March 21, 2019

CHAPTER: 11

## NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

DATE:   Thursday, April 23, 2020
TIME:   01:00 PM
to consider and act upon the following matters:

Second Application for Compensation for Greenberg Traurig, LLP, Other Professional, Fee:$1743.50, Expenses:$0. filed by Brian R. Anderson

Second Application for Compensation for SAK Management Services, LLC, Other Professional, Fee:$15387.50, Expenses:$1242.70. filed by Brian R. Anderson **Amended by Docket Entry:480**

Amended/Amendment to Motion/Application filed by Brian R. Anderson on behalf of SAK Management Services, LLC (related document no.474 Application for Compensation)

Sixth Application for Compensation for Jason L. Hendren, Trustee's Attorney, Fee:$4652.00, Expenses:$366.10. filed by Jason L. Hendren

The hearing will involve the following parties:

Judge Joseph N. Callaway
Brian Anderson
Jason Hendren
Paul Fanning
Marjorie Lynch/Kirstin Gardner

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: March 31, 2020

Stephanie J. Butler
Clerk of Court