## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 7, LLC d/b/a | ) | Case No.  19-01298-5-JNC |
| PRAGUE COMMUNITY HOSPITAL, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### SECOND APPLICATION BY ARNETT CARBIS TOOTHMAN LLP AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
### [DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020]

**NOW COMES** Arnett Carbis Toothman LLP (the "Applicant"), Certified Public Accountant for the Trustee ("CPA for the Trustee") for Thomas W. Waldrep, Jr., trustee in the above-captioned case (the "Trustee"), pursuant to the provisions of the Bankruptcy Code, and hereby makes this report and application to the Court for approval of fees and reimbursement of expenses pursuant to §§ 330 and 331 of the Bankruptcy Code, in connection with the accounting and related financial and regulatory management services rendered to date in the course of this Chapter 11 proceeding; and, in support of this application, respectfully shows the Court as follows:

1.       On March 21, 2019 (the "Petition Date"), CAH Acquisition Company 7, LLC, d/b/a Prague Community Hospital (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code [Dkt. No. 001].

2.       Concurrently on the Petition Date, the Debtor also filed the *Debtor's Emergency Motion for and Consent to Appointment of Chapter 11 Trustee* [Dkt. No. 005].  On March 29, 2019, the Court entered an Order approving the appointment of the Trustee on an interim basis [Dkt. No. 28].  The Trustee is the duly appointed, qualified, and acting trustee of the Chapter 11 estate of the Debtor.

3.      This Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory predicates for the relief requested herein are §§ 330 and 331 of the Bankruptcy Code.

6.      On June 10, 2019, the Trustee filed a motion requesting authorization to employ Arnett Carbis Toothman LLP ("ACT") as Certified Public Accountant for the Trustee effective as of May 6, 2019 [Dkt. No. 175], and the final order approving the same was entered on June 19, 2019 [Dkt. No. 195].

7.      Since filing the petition, the Applicant has expended hours extensively assisting the Trustee with various professional services in fulfillment of the duties required of the Trustee. It is vital that the Applicant be allowed compensation for the services rendered to the Trustee.

8.      On February 10, 2020, the Court entered its Order [Dkt. No. 463] (the "First Fee Order") approving the first fee application filed by Applicant [Dkt. No. 400] (the "First Fee Application") for the amount of $35,842.57 in fees and $286.47 in expenses

9.      This application is submitted under the standard approved by this Bankruptcy Court and other courts as set forth in § 330 of the Bankruptcy Code and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure.  These standards include a detailed statement of services rendered; the amounts requested; the times and rates for such services; whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of the case; whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; whether the professionals are board certified or otherwise have demonstrated skill and

experience in their field; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

10.      ACT is a large regional accounting and consulting form with extensive expertise in tax preparation, audits, regulatory filings, and the evaluation and compilation of financial data. ACT experience with reporting and regulatory aspects of a Chapter 11 proceeding, specifically one dealing with a healthcare debtor. K. James Hunt ("Mr. Hunt"), the lead ACT partner in this engagement, has provided a full range of auditing, compliance, and restructuring services throughout the United States to underperforming healthcare debtors in financially-troubled situations. Mr. Hunt has extensive experience in tax preparation and auditing, Medicare and Medicaid issues, and the financial evaluation of health care entities. Mr. Hunt is supported by other experienced ACT professionals who have provided essential services in support of the Applicant's role as CPA for the Trustee.

11.      ACT standard rates may be summarized as follows:

**Position Classification, Standard Hourly Rates**

Partner, $325

Senior Manager, $235–$275

Manager, $185–$215

Supervisor, $125–$165

Senior Associate, $125–$145

Associate, $100–$140

Support, $80.

Travel is billed at a rate of $75 per hour. ACT also seeks reimbursement of necessary out-of-pocket

business expenses at actual cost. The rates listed above represent a slight increase from the interim rates specified in the Motion to Employ [Dkt. 175] that was allowed by the court with the Consent Order Allowing Motion to Employ Arnett Carbis Toothman LLP filed on June 19, 2019 [Dkt. 195]. These rates, however, are the same as those disclosed in the First Fee Application and approved in the First Fee Order.

12.    Attached hereto as **Exhibit A** is a "Summary of Services Rendered" in connection with this application, which sets forth for the time period described therein a summary of the professional services rendered by the CPA for the Trustee on behalf of the Trustee in connection with the administration of this proceeding.  The summary sets forth with respect to each timekeeper the name of the individual, the hours, the rate, and the total dollar amount requested. **Exhibit A** also sets forth a summary of the expenses advanced for which reimbursement is sought.

13.    Attached hereto as **Exhibit B** is the "Detailed Statement of Services Rendered" setting forth the services rendered post-petition by the Applicant during the period covered by this application.  **Exhibit B** details the date that the services were performed, the timekeeper involved, the hours charged, the current interim rate, the interim amount, and a description of the service provided or expense incurred.  **Exhibit B** also provides the itemized expenses incurred by the Applicant.

14.    All the services for which compensation is requested were performed by or on behalf of the Trustee and not on behalf of the Debtor, creditors, or other persons.  Furthermore, the services rendered by the Applicant were essential to the performance of the Trustee's role and beneficial toward the completion of the case.

15.    The services performed by the Applicant were services for which the CPA for the

Trustee held the sole responsibility and were not services for which any other party had responsibility to the exclusion of the Trustee or the CPA for the Trustee.

16.     The Applicant requests that the Bankruptcy Court allow interim compensation for services rendered and reimbursement of expenses as set forth in the attached Exhibits.

17.     Further, the Applicant requests permission to apply for and receive interim compensation hereafter every sixty (60) days and at the hourly rates as shown on the attached Exhibits or as may be subsequently approved by the Bankruptcy Court; that the Applicant be permitted to also apply for reimbursement of expenses billed at the actual costs incurred; that the Clerk provide notice of such applications to all interested parties and set forth the opportunity for hearing with respect thereto by filing written objection on or before a date certain, and if no objection is filed, that hearing be waived and the application submitted to the Bankruptcy Court for approval, with payment to be made by the Debtor upon receipt of written notice from the Clerk.

18.     The Applicant has incurred post-petition fees in the amount of $26,883.70 and actual expenses in the amount of $40.00, for a total of $26,923.70 for the period set forth in this application, and these items are detailed on the attached **Exhibit B**.

**WHEREFORE,** the Applicant requests that the Bankruptcy Court enter an order granting the following relief:

A.     Allowing interim compensation to the Applicant as CPA for the Trustee in the amount of $26,883.70 for fees, together with reimbursement of $40.00 for actual expenses incurred, totaling $26,923.70, for the period set forth in this application;

B.     Allowing the Applicant to apply for and receive interim compensation hereafter every sixty (60) days and at the hourly rates as shown on the attached Exhibits, or at such rates as may be subsequently approved by the Bankruptcy Court; and

C.      Such other relief as the Court may deem necessary and proper.

Respectfully submitted, this the 8 day of April, 2020.

**WALDREP LLP**

*/s/ Jennifer B. Lyday*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**-  and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email:   khendren@hendrenmalone.com
            rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CAH ACQUISITION COMPANY 7, LLC d/b/a** | ) | **Case No.  19-01298-5-JNC** |
| **PRAGUE COMMUNITY HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**SUMMARY OF SERVICES RENDERED / APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ARNETT CARBIS TOOTHMAN LLP**

From December 1, 2019 through February 29, 2020, the undersigned firm performed professional services for the above-named bankruptcy estate in the capacity of the Trustee's special counsel. Attached to this application as **Exhibit B** is a detailed itemization of time expended and expenses incurred in the performance of these professional services.

7

| NAME | HOURS | RATE | TOTAL | Hourly Rate Allowed by Court in Most Recent Fee Award Order |
|---|---|---|---|---|
| Alden, Rachielle | 0.4 | $100.00 | $40.00 | N/A |
| Brannon, Steven | 1.0 | $84.00 | $84.00 | N/A |
| Cogar, Brent | 0.2 | $173.00 | $34.60 | $173.00 |
| Drake, Hannah | 9.3 | $105.00 | $976.50 | $105.00 |
| Gepper, David | 1.4 | $247.00 | $345.80 | $247.00 |
| Gibboney, John | 79.8 | $131.00 | $10,453.80 | $131.00 |
| Gibbs, Greg | 0.3 | $340.00 | $102.00 | $340.00 |
| Graziani, Kathy | 1.0 | $340.00 | $340.00 | $340.00 |
| Highlander, Kevin | 1.7 | $340.00 | $578.00 | $340.00 |
| Hong-Brown, Venus | 1.0 | $105.00 | $105.00 | N/A |
| Hunt, James | 1.0 | $340.00 | $340.00 | $340.00 |
| Hutchenson, Keith | 12.0 | $340.00 | $4,080.00 | $340.00 |
| Kemper, Eric | 3.7 | $289.00 | $1,069.30 | $289.00 |
| Melillo, Nick | 4.8 | $100.00 | $480.00 | $100.00 |
| Natale, Diane | 1.0 | $84.00 | $84.00 | N/A |
| Raley, James | 1.0 | $340.00 | $340.00 | $340.00 |
| Slagle, Dionna | 18.1 | $247.00 | $4,470.70 | $247.00 |
| Tilley, Jonathan | 0.8 | $63.00 | $50.40 | N/A |
| Tyler, Amanda | 0.2 | $84.00 | $16.80 | $84.00 |
| Webel, Curtis | 12.8 | $226.00 | $2,892.80 | $226.00 |
| Total hours | **151.5** | | **$26,883.70** | |
| Reimbursement for Expenses Requested | **$40.00** | | | |
| **TOTAL Fees and Expenses Requested** | **$26,923.70** | | | |

I certify that the information contained in this application is true and accurate and that the application complies with the Bankruptcy Court's Chapter 11 fee guidelines currently in effect.

Respectfully submitted, this the 8 day of April, 2020.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**-  and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email:   khendren@hendrenmalone.com
              rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

# Exhibit B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CAH ACQUISITION COMPANY 7, LLC d/b/a** | ) | **Case No.  19-01298-5-JNC** |
| **PRAGUE COMMUNITY HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| | ) | |

## DETAILED STATEMENT OF SERVICES RENDERED BY
## ARNETT CARBIS TOOTHMAN LLP

Attached hereto is a detailed itemization of time expended and expenses incurred by Arnett Carbis Toothman LLP in the performance of accounting and related financial and regulatory management services as Certified Public Accountant for the Trustee.



**actcpas.com**     Federal ID# 55-0486667

### *Arnett Carbis Toothman LLP Locations*

| *West Virginia* | *Pennsylvania* | *Ohio* |
|---|---|---|
| *Bridgeport* | *Meadville* | *Columbus* |
| *Buckhannon* | *New Castle* | |
| *Charleston* | *Pittsburgh* | |
| *Morgantown* | | |

**Prague Community Hospital-Bankruptcy**
**c/o Waldrep LLP**
**101 S. Stratford Rd., Suite 210**
**Windton-Salem, NC  27104**

**Invoice:  418127**
**Date:      02/19/2020**
**ID:          1301979.3000**

Professional consulting services through January 31, 2020.

Detail attached.

Amount Due This Invoice          $      20,656.30

***Visit our website to pay invoices online: www.actcpas.com/payment***
*or*
***Remit to: Arnett Carbis Toothman LLP, Post Office Box 45723, Baltimore, MD 21297-5723***
*Invoices unpaid for more than thirty days are subject to a late charge of 1.25% per month on the unpaid balance for each full month that the invoice or unpaid portion thereof is outstanding.*
**WHITE - REMITTANCE COPY        CANARY - CLIENT COPY**

# Prague Community Hospital - Invoice Detail

| EMPLOYEE | DATE | HOURS | WIP AMT | RATE | MEMO |
|---|---|---|---|---|---|
| Slagle | 12/1/2019 | 2.1 | 518.70 | 247.00 | Combined Cohesive and ACT Trial Balance for Cost Report |
| Gepper | 12/2/2019 | 0.1 | 24.70 | 247.00 | Cost Report - 2019 Preparation |
| Gibboney | 12/2/2019 | 0.6 | 78.60 | 131.00 | Cost Report - Trial Balance import |
| Hutcheson | 12/2/2019 | 1.0 | 340.00 | 340.00 | Rough Draft General Ledger assistance for cost rpeort |
| Slagle | 12/2/2019 | 1.0 | 247.00 | 247.00 | General Ledger Review |
| Gepper | 12/3/2019 | 0.5 | 123.50 | 247.00 | Cost Report - 2019 Preparation |
| Gibboney | 12/3/2019 | 6.7 | 877.70 | 131.00 | Cost Report -Trial Balance export/mappings, worksheets A & C, B-1 stats, adjustments, reclasses, days |
| Hunt | 12/3/2019 | 0.3 | 102.00 | 340.00 | Status communication call and related prep- w Trustee |
| Hutcheson | 12/3/2019 | 1.0 | 340.00 | 340.00 | Cost report rough draft |
| Gibboney | 12/4/2019 | 2.8 | 366.80 | 131.00 | Cost Report -cohesive and ihealthcare adjustment, HFS input ws A & C & days, days adjust, B-1 stat, A-8-2 |
| Hong-Brown | 12/4/2019 | 1.0 | 105.00 | 105.00 | Attention to tax basis capital reporting requirement - calculation regarding same |
| Hutcheson | 12/4/2019 | 2.5 | 850.00 | 340.00 | Cost Report - review |
| Slagle | 12/4/2019 | 1.0 | 247.00 | 247.00 | General Ledger/Cost Report |
| Gibboney | 12/5/2019 | 2.8 | 366.80 | 131.00 | Cost Report -Trial Balance correction/Cost Report corrections |
| Hutcheson | 12/5/2019 | 3.0 | 1,020.00 | 340.00 | Cost Report -Corrections to GL expenses and revenues |
| Natale | 12/5/2019 | 1.0 | 84.00 | 84.00 | Organize / Scan Bankruptcy documents |
| Slagle | 12/5/2019 | 2.0 | 494.00 | 247.00 | General Ledger- Cost Report |
| Hutcheson | 12/6/2019 | 2.0 | 680.00 | 340.00 | Cost Report -Review Draft report - Changes to expense and revenues |
| Gibboney | 12/9/2019 | 2.3 | 301.30 | 131.00 | Cost Report -MGMT allow vs non-allow, outstanding items, LSA review, Nursing facility rate |
| Hutcheson | 12/9/2019 | 0.5 | 170.00 | 340.00 | Cost Report -Review report with mangement fees |
| Gibboney | 12/10/2019 | 1.5 | 196.50 | 131.00 | Cost Report -updated RHC visits, WS C summary, G-2, edits |
| Raley | 12/11/2019 | 1.0 | 340.00 | 340.00 | Review of Cost Report estimates and prep for call |
| Slagle | 12/11/2019 | 0.5 | 123.50 | 247.00 | Call with Waldrep |
| Gibboney | 12/16/2019 | 3.8 | 497.80 | 131.00 | Cost Report -Payroll/RHC visits workpapers |
| Slagle | 12/16/2019 | 0.5 | 123.50 | 247.00 | Cost Report Schedule- Waldrep |
| Slagle | 12/17/2019 | 0.3 | 74.10 | 247.00 | Waldrep assistance with CMS schedules |
| Gibboney | 12/18/2019 | 0.2 | 26.20 | 131.00 | Cost Report -Contract labor review, email to tina steele requesting breakout |
| Gibboney | 12/30/2019 | 3.9 | 510.90 | 131.00 | Cost Report -Physician & mid-level provider comp wps, emails to Tina regarding contract labor, transnfer files to Caseware, payroll request, discussion with Curt and Brent regarding contract labor/mid-level comp, mid-level adjustment, compare payroll file with contract labor |

Case 19-01286-5-JNC    Doc 524    Filed 04/08/20    Entered 04/08/20 13:03:15    Page 12 of 21

| EMPLOYEE | DATE | HOURS | WIP AMT | RATE | MEMO |
|---|---|---|---|---|---|
| Gibboney | 12/31/2019 | 0.8 | 104.80 | 131.00 | Cost Report -physician & mid-level comp wps, updated HFS A-8 & A-8-2 |
| Gepper | 1/2/2020 | 0.5 | 123.50 | 247.00 | Cost Report - 2019 Preparation |
| Gibboney | 1/2/2020 | 2.5 | 327.50 | 131.00 | Cost Report -Therapy and payroll request from Tina, looking over Caseware files for needed items, payroll hours request, updated physician and mid-level comp workpaper with ER log, discussion with Brent and David about needed items, phone call with Tina to request items |
| Slagle | 1/2/2020 | 0.4 | 98.80 | 247.00 | Waldrep call on payroll taxes & CMS Cost Report |
| Graziani | 1/3/2020 | 0.5 | 170.00 | 340.00 | W-2- Work on spreadsheet |
| Graziani | 1/4/2020 | 0.3 | 102.00 | 340.00 | W-2- Work on spreadsheet |
| Gibboney | 1/6/2020 | 6.2 | 812.20 | 131.00 | Cost Report -New trial balance from Tina, payroll, email to Tina regarding payroll hours, contract dollars and hours file from Tina |
| Gibboney | 1/7/2020 | 0.1 | 13.10 | 131.00 | Cost Report -RHC contract labor salary and hour wp correction |
| Gibboney | 1/7/2020 | 2.2 | 288.20 | 131.00 | Cost Report -Trial Balance correction |
| Gibboney | 1/8/2020 | 3.4 | 445.40 | 131.00 | Cost Report -Import files from Tina into Caseware/email response to Tina for clarification regarding RHC visits, revised TB, checking reclasses and adjustments/WS A & C, ER time study/physician and mid-level comp wp, email sent to Tina regarding contracted therapies, phone call with Tina regarding contracted therapies, updated outstanding items list |
| Slagle | 1/8/2020 | 0.2 | 49.40 | 247.00 | Invoice work for Bankruptcy Trustee |
| Gepper | 1/9/2020 | 0.3 | 74.10 | 247.00 | Cost Report - 2019 Preparation |
| Gibboney | 1/9/2020 | 2.6 | 340.60 | 131.00 | Cost Report -balanced Trial Balance, revised cohesive mgmt fee adj, RHC by fin class wp (Medicaid), discussion with Brent and DAvid about outstanding items, email to Tina for outstanding RHC items, updated outstanding items list |
| Slagle | 1/9/2020 | 0.3 | 74.10 | 247.00 | Pre- petition information for cost report |
| Webel | 1/9/2020 | 0.2 | 45.20 | 226.00 | Preparation work on client's FYE 09-30-2019 Medicare cost report. |
| Gibboney | 1/10/2020 | 0.2 | 26.20 | 131.00 | Cost Report -call with Dionna regarding outstandint items |
| Hutcheson | 1/10/2020 | 0.5 | 170.00 | 340.00 | Cost Report - review and outstanding issues |
| Slagle | 1/10/2020 | 0.4 | 98.80 | 247.00 | Gathering cost report information |
| Gibboney | 1/13/2020 | 3.3 | 432.30 | 131.00 | Cost Report -new Trial Balance and Accounts Payabel contract labor files, remove mgmt fee adj, contract therapies wp, email to Tina for contract therapy invoice clarification/incorpoate yet another revised TB from Tina |
| Slagle | 1/13/2020 | 0.3 | 74.10 | 247.00 | Call and follow-up with Waldrep |
| Gibboney | 1/14/2020 | 1.4 | 183.40 | 131.00 | Cost Report - email to Tina about RHC info, invitation to Cassie for liquidfiles, RHC request to Jenni, file transfer to Cassie, discussion with Brent about contract therapies/balance sheet/payroll |
| Gibboney | 1/15/2020 | 5.1 | 668.10 | 131.00 | Cost Report -Balance sheet/G series/A-8 other income, edits, RHC detail, A-1/M-2 |
| Cogar | 1/16/2020 | 0.2 | 34.60 | 173.00 | Payroll Tax - Summarize Data |
| Gibboney | 1/16/2020 | 2.5 | 327.50 | 131.00 | Cost Report -Payroll hours, RHC salary detail and split, RHC visits |

Case 19-01298-5-JNC Doc 522 Filed 04/08/20 Entered 04/08/20 18:03:15 Page 21

| EMPLOYEE | DATE | HOURS | WIP AMT | RATE | MEMO |
|---|---|---|---|---|---|
| Graziani | 1/16/2020 | 0.1 | 34.00 | 340.00 | Emails on W2 information |
| Hutcheson | 1/16/2020 | 0.5 | 170.00 | 340.00 | Cost Report - 2019 Questions/Issues |
| Slagle | 1/16/2020 | 0.5 | 123.50 | 247.00 | Cohesive management fee allocation- accounting |
| Gibboney | 1/17/2020 | 3.9 | 510.90 | 131.00 | Cost Report -RHC visits/S-3 part I, call with Dionna about changing inpatient revenue accounts, change inpatient revenue calc based on total days instead of extrapolate based on months data |
| Graziani | 1/17/2020 | 0.1 | 34.00 | 340.00 | Worked with Nick on finding W-2 info |
| Melillo | 1/17/2020 | 0.4 | 40.00 | 100.00 | PROCESS Q4 RETURN |
| Slagle | 1/17/2020 | 0.7 | 172.90 | 247.00 | Cost Report Settlemnt/Purchase Agreement Analysis |
| Slagle | 1/17/2020 | 1.0 | 247.00 | 247.00 | Revenue allocation- 1st 5 mo |
| Drake | 1/20/2020 | 2.0 | 210.00 | 105.00 | Payroll Tax - excel data entry |
| Gibboney | 1/20/2020 | 3.5 | 458.50 | 131.00 | Cost Report -signed off on all Caseware workpapers and checked references to numbering, payroll files from Tina, emails about MGMT fees, MGMT fee reclass, RHC/SB visit file from Tina/Shelly, emails to Shelly about SB visits in RHC file/file manipulation |
| Slagle | 1/20/2020 | 0.6 | 148.20 | 247.00 | Correspondance with bankruptcy attorneyy & invoice detail |
| Drake | 1/21/2020 | 3.8 | 399.00 | 105.00 | Payroll Tax - excel data entry |
| Gibboney | 1/21/2020 | 0.7 | 91.70 | 131.00 | Cost Report -RHC/Swing Bed rounds file from Shelly. Research whether SB visits from RHC provider can be counted in RHC visit total-discussion with Curt |
| Drake | 1/22/2020 | 3.0 | 315.00 | 105.00 | Payroll Tax - excel data entry |
| Drake | 1/23/2020 | 0.5 | 52.50 | 105.00 | Payroll Tax - excel data entry |
| Gibboney | 1/23/2020 | 0.1 | 13.10 | 131.00 | Cost Report -Take contract labor out of FTE calc |
| Gibboney | 1/24/2020 | 1.9 | 248.90 | 131.00 | Cost Report -S-10, final draft PDF, OR CCR correction |
| Kemper | 1/24/2020 | 2.5 | 722.50 | 289.00 | Cost Report -Second review of caseware and FY 2019 draft copy of Medicare cost report for bankrupt hospital Prague. |
| Gibboney | 1/25/2020 | 1.3 | 170.30 | 131.00 | Cost Report -OR CCR correction, PS&R line mapping change, 2nd Final draft PDF |
| Melillo | 1/25/2020 | 1.5 | 150.00 | 100.00 | ENTER EMPLOYEES INTO YEARLI TO UPLOAD W2S |
| Melillo | 1/26/2020 | 2.0 | 200.00 | 100.00 | ENTER WAGES INTO YEARLI SPREADSHEET |
| Kemper | 1/27/2020 | 1.2 | 346.80 | 289.00 | FY 2019 Medicare cost report 2nd review is complete. Sent minor review points to JPG for disposition. |
| Gibboney | 1/28/2020 | 2.8 | 366.80 | 131.00 | Cost Report -Changed 70565000 mapping to 73, other review items from Eric, discussion with Eric about draft changes, new draft |
| Alden | 1/30/2020 | 0.4 | 40.00 | 100.00 | Prepare W2 for mail |
| Gibboney | 1/30/2020 | 0.2 | 26.20 | 131.00 | Cost Report -revised inflation factor for contract therapy (A-8-3) |
| Melillo | 1/30/2020 | 0.2 | 20.00 | 100.00 | FILE ZERO SUTA, COMPLETE RETURN |
| Melillo | 1/30/2020 | 0.5 | 50.00 | 100.00 | CONFIRM TEMPLATE, UPLOAD TO YEARLI, PRINT W2S |
| Gibboney | 1/31/2020 | 0.8 | 104.80 | 131.00 | Cost Report -disucssion with Curt about RHC visits, disucssion with Curt about WS C and EKG reclass, WS C and EKG changes |

Case 19-01215-JNC Doc 524 Filed 04/08/20 Entered 04/08/20 10:03:15 Page 11

| EMPLOYEE | DATE | HOURS | WIP AMT | RATE | MEMO |
|---|---|---|---|---|---|
| Webel | 1/31/2020 | 3.7 | 836.20 | 226.00 | Reviewed preparation work on client's FYE 09-30-2019 Medicare cost report. |
| **Subtotal** | | | **20,616.30** | | |
| | 1/31/2020 | | 40.00 | | Postage  Mailed W2'S  80@.50 |
| **Expense Total** | | | **40.00** | | |

Case 19-01298-5-JNC   Doc 524   Filed 04/08/20   Entered 04/08/20 18:03:15   Page



### *Arnett Carbis Toothman LLP Locations*

| *West Virginia* | *Pennsylvania* | *Ohio* |
|---|---|---|
| *Bridgeport* | *Meadville* | *Columbus* |
| *Buckhannon* | *New Castle* | |
| *Charleston* | *Pittsburgh* | |
| *Morgantown* | | |

*actcpas.com*       Federal ID# 55-0486667

**Prague Community Hospital-Bankruptcy**
**c/o Waldrep LLP**
**101 S. Stratford Rd., Suite 210**
**Winston-Salem, NC  27104**

| | |
|---|---|
| **Invoice:** | **418686** |
| **Date:** | **03/05/2020** |
| **ID:** | **1301979.3000** |

Professional consulting services through February 29, 2020.

Detail attached.

Amount Due This Invoice        $_____6,267.40

***Visit our website to pay invoices online: www.actcpas.com/payment***
*or*
**Remit to: Arnett Carbis Toothman LLP, Post Office Box 45723, Baltimore, MD 21297-5723**
*Invoices unpaid for more than thirty days are subject to a late charge of 1.25% per month on the unpaid balance for each full month*
*that the invoice or unpaid portion thereof is outstanding.*
**WHITE - REMITTANCE COPY        CANARY - CLIENT COPY**

## Prague- Invoice Detail

| EMPLOYEE | DATE | HOURS | WIP AMT | RATE | MEMO |
|---|---|---|---|---|---|
| Gibboney | 2/3/2020 | 2.4 | 314.40 | 131 | Email to Dionna about Administration, Other Insurance Accounts, import new PS&R, update physician ER benefit adj, clear issues, new diff report, updated RHC workpapers with reference and notes/S-3 Par I RHC FTEs- Cost Report |
| Hunt | 2/3/2020 | 0.1 | 34.00 | 340 | Cost report settlement discussions |
| Hutcheson | 2/3/2020 | 0.5 | 170.00 | 340 | Updated PSR- Cost Report |
| Slagle | 2/3/2020 | 1.0 | 247.00 | 247 | Review Bankruptcy docs, CR analyticals, Call with Waldrep |
| Webel | 2/3/2020 | 6.8 | 1,536.80 | 226 | Reviewed preparation work on client's FYE 09-30-2019 Medicare cost report. |
| Gibboney | 2/4/2020 | 1.0 | 131.00 | 131 | Email to Dionna requesting add. insurance invoices, updated EHR A-8 adj wp, discussion with Curt, Keith and Brent about insurance re-class home office and subsequent changes- Cost Report |
| Gibbs | 2/4/2020 | 0.3 | 102.00 | 340 | Various discussions with ACT cost report team on issues related to allowable cost and settlements as well as conference call with Trustee to discuss status of varous projects |
| Hunt | 2/4/2020 | 0.3 | 102.00 | 340 | Update call with Waldrep regarding cost reports, payroll taxes, and hospital sales |
| Hutcheson | 2/4/2020 | 0.5 | 170.00 | 340 | Banruptcy meeting and administration fee meeting on cost report handling of costs |
| Slagle | 2/4/2020 | 0.5 | 123.50 | 247 | Waldrep Call- Cost report review |
| Webel | 2/4/2020 | 2.1 | 474.60 | 226 | Reviewed preparation work on client's FYE 09-30-2019 Medicare cost report. |
| Gibboney | 2/6/2020 | 0.4 | 52.40 | 131 | alert document/email- Cost Report |
| Slagle | 2/6/2020 | 0.4 | 98.80 | 247 | 2019 cost report reasonable cost discussion and analysis- man fees |
| Slagle | 2/7/2020 | 0.5 | 123.50 | 247 | Review of filings- discussion w client & internal re cost report |
| Gibboney | 2/10/2020 | 0.7 | 91.70 | 131 | cost report submission process/cover letter/instructions, email to Dionna |
| Slagle | 2/12/2020 | 0.2 | 49.40 | 247 | Administrative expense- legal- cost report |
| Gibboney | 2/13/2020 | 2.2 | 288.20 | 131 | Discussion/email for legal fees, legal fee adj- Cost Report |
| Gibboney | 2/14/2020 | 0.7 | 91.70 | 131 | Legal fee and mgmt check, CMS 339- Cost Report |
| Melillo | 2/14/2020 | 0.2 | 20.00 | 100 | UPLOAD QUARTERLY REPORTS TO ICHANNEL, UPLOAD PAYROLL REPORTS TO ICHANNEL, VERIFY ALL REPORTS AND BACK UP ARE IN ICHANNEL |
| Slagle | 2/14/2020 | 0.5 | 123.50 | 247 | Discussion with trustee regarding contested exp on CR |
| Slagle | 2/17/2020 | 0.6 | 148.20 | 247 | Work with J.V. from Waldrep on CR analysis |
| Hunt | 2/18/2020 | 0.1 | 34.00 | 340 | Conf call regarding sale, cost report settlements, 2019 tax extensions |
| Slagle | 2/18/2020 | 1.0 | 247.00 | 247 | MC Cost Report data/update call w Waldrep/Jenni U. |
| Gibboney | 2/19/2020 | 0.3 | 39.30 | 131 | Final check- Cost Report |
| Slagle | 2/19/2020 | 0.5 | 123.50 | 247 | Cost Report and General Ledger Acct- inv detail |
| Slagle | 2/20/2020 | 0.5 | 123.50 | 247 | APA review- Medicare Cost Report follow-up |
| Slagle | 2/21/2020 | 0.3 | 74.10 | 247 | Cash projections from cost report and sale |
| Highlander | 2/22/2020 | 1.3 | 442.00 | 340 | Attention to negative tax basis capital reporting and supporting workpapers.  Prepare extension for 2019 return. |
| Tilley | 2/22/2020 | 0.8 | 50.40 | 63 | Income tax extension |
| Gibboney | 2/24/2020 | 0.3 | 39.30 | 131 | Updated MAC address- Cost Report |
| Tyler | 2/24/2020 | 0.2 | 16.80 | 84 | Extension released, accepted, and scanned. |
| Brannon | 2/25/2020 | 1.0 | 84.00 | 84 | Copy, bind and mail MCR |
| Gibboney | 2/25/2020 | 1.6 | 209.60 | 131 | Cost report assembly/submission |
| Highlander | 2/25/2020 | 0.4 | 136.00 | 340 | Attention to negative tax basis capital account reporting. |
| Hunt | 2/25/2020 | 0.2 | 68.00 | 340 | Review and meeting related to cash flow analysis |
| Slagle | 2/25/2020 | 0.3 | 74.10 | 247 | Prep & meeting re sale of hospitals and outstanding items |
| Gibboney | 2/27/2020 | 0.1 | 13.10 | 131 | Bring in as-submitted cost report into Caseware |

| **Total** | | | **6,267.40** | | |

Case 19-01298-5-JNC   Doc 524   Filed 04/08/20   Entered 04/08/20 18:03:15   Page

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CAH ACQUISITION COMPANY 7, LLC d/b/a** | ) | **Case No.  19-01298-5-JNC** |
| **PRAGUE COMMUNITY HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| _____ | ) | |

      **NOTICE IS HEREBY GIVEN** that Arnett Carbis Toothman LLP as Certified Public Accountant to the Trustee (herein, the "CPA for the Trustee"), has filed its *Second Application By Arnett Carbis Toothman LLP as Certified Public Accountant for the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses [December 1, 2019 through February 29, 2020]* (herein, the  "Second Application");

      **FURTHER NOTICE IS HEREBY  GIVEN** that CPA for the Trustee has applied for compensation in the amount of $26,883.70 for fees and $40.00 for reimbursement of expenses, for a total of $29,923.70 for the period of December 1, 2019 through February 29, 2020;

      **FURTHER NOTICE IS HEREBY GIVEN** that the Second Application filed by the CPA for the Trustee may be allowed provided no responses and request for a hearing is made by a party-in-interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and

      **FURTHER NOTICE IS HEREBY GIVEN**, that if a response and a request for a hearing is filed by a party-in-interest in writing within the time indicated, a hearing will be conducted on this Second Application thereto at a date, time, and place to be later set by the Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the Second Application thereto *ex parte* without further notice.

Respectfully submitted, this the 8 day of April, 2020.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email:  khendren@hendrenmalone.com
        rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAH ACQUISITION COMPANY 7, LLC d/b/a** ) | **Case No. 19-01298-5-JNC** |
| **PRAGUE COMMUNITY HOSPITAL,** ) | |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of **SECOND APPLICATION BY ARNETT CARBIS TOOTHMAN LLP AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020]** was served via electronic service through CM/ECF upon those who have registered for such service, listed in **Exhibit A,** on April 8, 2020.

This the 8 day of April, 2020.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Co-Counsel for the Trustee*

13

# EXHIBIT A

## Electronic Notification Through CM/ECF

Rayford K. Adams, III on behalf of Debtor

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

William Walt Pettit on behalf of Creditor Complete Business Solutions Group, Inc.

Paul A. Fanning on behalf of Interested Party Cohesive Healthcare Management & Consulting, LLC

William P. Janvier on behalf of Boa Vida Foundation, Inc.

Ross A. Plourde on behalf of Cohesive Healthcare Management and Consulting, LLC