# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 19-00730** |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a | ) | |
| WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | **Case No. 19-01230** |
| CAH ACQUISITION COMPANY #2, LLC, d/b/a | ) | |
| OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | **Case No. 19-01180** |
| CAH ACQUISITION COMPANY #3, LLC, d/b/a | ) | |
| HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | **Case No. 19-01300** |
| CAH ACQUISITION COMPANY 6, LLC, d/b/a | ) | |
| I-70 COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | **Case No. 19-01298** |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a | ) | |
| PRAGUE COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | **Case No. 19-01697** |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a | ) | |
| FAIRFAX COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

|  |  |
|---|---|
| IN RE: | |
| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | Case No. 19-01227<br><br>Chapter 11<br><br>(Jointly Administered) |
| Debtor. | |

## TRUSTEE'S SIXTH STATUS REPORT ON SALES OF DEBTORS' ASSETS

**NOW COMES** Thomas W. Waldrep, Jr., the trustee (the "Trustee") for the above-captioned debtors (individually, a "Debtor," and collectively, the "Debtors"), by and through undersigned counsel, and hereby submits this Sixth Status Report on the sales of the Debtors' assets. In support thereof, the Trustee respectfully states as follows:

1. As of the filing of this Status Report, the sales of the assets of Debtors CAH Acquisition Company #2, LLC d/b/a Oswego Community Hospital; CAH Acquisition Company #3, LLC d/b/a Horton Community Hospital; and CAH Acquisition Company 12 d/b/a Fairfax Community Hospital have closed.

### *CAH Acquisition Company #1, LLC*

2. As reported in the prior Status Report, Affinity received and executed a Conditional Funding Commitment from Northwind Financial Corporation to fund its purchase of Washington Regional Medical Center. The Conditional Funding Commitment has been shared with Washington County, First Capital, and the Bankruptcy Administrator.

3. The required title commitment, appraisal, and new insurance binder have now been obtained. Affinity anticipates that the loan to purchase this Debtor's facility will be finally approved by the lender on Thursday, April 9, 2020, with the closing to occur prior to April 14, 2020.

4. In case Affinity does not close in a timely manner, Sherwood Partners, at the direction of the Trustee, continues to re-market the property.

### CAH Acquisition Company 6, LLC

5. Like the sale of the assets of CAH Acquisition Company #1, LLC, Affinity has received and executed a lending commitment to fund the purchase of this Debtor's assets.

6. The required title commitment and appraisal are in process. Affinity anticipates that this sale will close by the end of April 2020.

### CAH Acquisition Company 7, LLC

7. The Trustee has maintained contact with counsel for TULSA, which informed the Trustee that it is working with Cohesive to complete all documents and action items necessary to effectuate closing, including the finalization of the lease with the City of Prague. The Trustee is currently holding funds for the full purchase price of the assets in his law firm's client trust account.

8. TULSA is working diligently to close the transaction by April 14, 2020, but if it is not able to do so, then TULSA will provide the Trustee with a specific timeline showing all steps completed and all steps left to be done to be shared with the Court.

### CAH Acquisition Company 16, LLC

9. The Trustee has maintained contact with counsel for Haskell Regional Hospital, Inc. who states that his client hopes and intends to close – though a closing by April 14, 2020 appears unlikely at this point. The purchaser is particularly waiting on confirmation that federal funds will actually be forthcoming.

Respectfully submitted, this the 8th day of April, 2020.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
       rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*