**Unpaid Administrative Claims:**
SAK Management Services: $30,180.00
Greenberg Trauig, LLP: $3,783.00
Cohesive Healthcare Management & Consulting, LLC: $105,738.85
Waldrep, LLP (Trustee fees): $296,095.58
Sherwood Partners: $104,880.83


**Other Expenses (Acct 5518):**

Wire fees: $135.00
Cohesive (management fee): $40,000.00
Cohesive (transport): $222.00
United Emergency Medical Service (transport): $4,064.60