**SO ORDERED.**

**SIGNED this 8 day of July, 2020.**

_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

### UNITED STATE BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 19-01298-5-JNC** |
| **CAH ACQUISITION COMPANY #7, LLC, d/b/a** | ) | |
| **PRAGUE COMMUNITY HOSPITAL,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AMENDED SCHEDULING ORDER FOR HEARINGS ON MATTERS OF LAW

The scheduling order entered in this matter on June 10, 2020 (Dkt. 622) is hereby amended as follows:

**Legal Briefs:** Any associated legal briefs and stipulations of fact offered by the parties must be filed electronically with the court before **3:00 p.m. (prevailing Eastern Time) on July 20, 2020.**

**Legal Issues Hearing**: The hearing on legal issues previously noticed for June 30, 2020, is continued. That hearing is hereby noticed and set for **3:00 p.m. (prevailing Eastern Time) on July 22, 2020 by telephone** before the United States Bankruptcy Court for the Eastern District of North Carolina, sitting in Greenville, North Carolina. The phone number for the hearing is **1-888-273-3658**, and the associated access code is **3113071#**.

### END OF DOCUMENT