## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01298 |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a ) | |
| PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### TRUSTEE'S STATUS REPORT ON STIMULUS FUNDS ATTESTATION

**NOW COMES** Thomas W. Waldrep, Jr., the trustee (the "Trustee") for the above-captioned debtor (the "Debtor,") by and through undersigned counsel, and hereby submits this Status Report on the *Motion for Order Confirming Trustee's Use of Stimulus Funds, Authorizing Transfer of Stimulus Funds, and Eliminating Trustee's and Estate's Liability for Use of Stimulus Funds* [Dkt. No. 573] (the "Stimulus Motion"). In support thereof, the Trustee respectfully states as follows:

1. On May 4, 2020, the sale of substantially all of the Debtor's assets was closed and those assets transferred to the purchaser, Transcendental Union with Love and Spiritual Advancement ("TULSA"). Since that date, TULSA has been operating the 25-bed hospital known as the Prague Community Hospital in Prague, Oklahoma.

2. On May 15, 2020, the Trustee filed the Stimulus Motion seeking an Order regarding the use of certain funds related to the COVID-19 coronavirus pandemic received by the Debtor from state and federal entities.

3. On August 4, 2020, as required by the United States Department of Health and Human Services, the Trustee timely attested to the receipt of the funds the Debtor received on May 6, 2020 ($2,896,348.19) (the "Funds") through an online portal set up for such purpose.

1

4.     The Trustee did so because the Trustee and TULSA have agreed to a settlement in principal regarding the Funds and the Trustee expects to file an Amended Motion for Approval of Consent Order detailing such settlement with this Court next week.

Respectfully submitted, this the 9th day of August, 2020.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*