**SO ORDERED.**

**SIGNED this 24 day of September, 2020.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **Case No. 19-00730-5-JNC** |
| **CAH ACQUISITION COMPANY #1, LLC, d/b/a** | ) |
| **WASHINGTON COUNTY HOSPITAL,** | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| IN RE: | ) |
| | ) **Case No. 19-01230-5-JNC** |
| **CAH ACQUISITION COMPANY #2, LLC, d/b/a** | ) |
| **OSWEGO COMMUNITY HOSPITAL,** | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01180-5-JNC** |
| **CAH ACQUISITION COMPANY #3, LLC, d/b/a** | ) |
| **HORTON COMMUNITY HOSPITAL,** | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01300-5-JNC** |
| **CAH ACQUISITION COMPANY 6, LLC, d/b/a** | ) |
| **PRAGUE COMMUNITY HOSPITAL,** | ) **Chapter 11** |
| | ) |
| Debtor. | ) |

1

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 19-01298-5-JNC** |
| **CAH ACQUISITION COMPANY 7, LLC, d/b/a** ) | |
| **PRAGUE COMMUNITY HOSPITAL,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |
| **IN RE:** ) | |
| ) | **Case No. 19-01697-5-JNC** |
| **CAH ACQUISITION COMPANY 12, LLC, d/b/a** ) | |
| **FAIRFAX COMMUNITY HOSPITAL,** ) | **Chapter 11** |
| ) | |
| **Debtor** ) | |
| **IN RE:** ) | **Case No. 19-01227-5-JNC** |
| ) | |
| **CAH ACQUISITION COMPANY 16, LLC, d/b/a** ) | **Chapter 11** |
| **HASKELL COUNTY COMMUNITY** ) | |
| **HOSPITAL,** ) | **(Jointly Administered)** |
| ) | |
| **Debtor.** ) | |

**ORDER APPROVING SECOND MOTION TO APPROVE CONSENT ORDER REGARDING PAYMENT TO SHERWOOD PARTNERS, INC. SALES AGENT FOR THE TRUSTEE**

This matter comes before the court upon the Second Motion to Approve Consent Order filed by Sherwood Partners, Inc. on September 4th, 2020 (the "Motion"); and it appearing that all parties were served with notice of the Motion; and it appearing that no objections were filed; and it further appearing that the Motion is made in the best interest of all parties and the bankruptcy estate and should be approved;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that

1. The Motion is approved; and

2. The Court will enter a separate order in the form contemplated by the Motion.

**"End of Document"**

2