-37-

# EXHIBIT B – LIQUIDATION ANALYSIS

**CAH # 7 Prague Community Hospital**

*Grant Thornton LLP has relied upon information provided by hospital management and other parties with knowledge relevant to the case. Because the work we completed in providing these services constitutes neither an examination nor a compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants (AICPA), we do not express an opinion on or offer any other assurances as to whether the prospective financial statements are presented in conformity with AICPA presentation guidelines or as to whether the underlying assumptions provide a reasonable basis for the prospective financial statements. As with any prospective financial information, there will usually be differences between projected and actual results because events and circumstances frequently do not occur as expected, and those differences and related information may be material.*

Exhibit B - Liquidation Analysis
$ in actuals

|  | Note: | Total | Chapter 11 Liquidation Recovery | Chapter 11 Liquidation Total | Chapter 7 Liquidation Recovery Low | Chapter 7 Liquidation Recovery High | Chapter 7 Liquidation Total Low | Chapter 7 Liquidation Total High |
|---|---|---|---|---|---|---|---|---|
| **Assets for Distribution** | | | | | | | | |
| Cash on Hand | (1) | 3,094,744 | 100% | 3,094,744 | 100% | 100% | 3,094,744 | 3,094,744 |
| Accounts Receivable | (2) | 704,622 | 75% | 528,466 | 50% | 60% | 352,311 | 422,773 |
| Cost Report | (3) | 578,000 | 100% | 578,000 | 100% | 100% | 578,000 | 578,000 |
| **Total Est. Cash for Distribution prior to conversion to Ch. 7** | | 4,377,366 | | 4,201,211 | | | 4,025,055 | 4,095,518 |
| | | | | | | | | |
| Less: Chapter 11 Quarterly Bankruptcy Fees | (4) | | | (28,507) | | | | |
| Less: Trustee Fees | (5) | | | (435,398) | | | (430,113) | (432,277) |
| Less: Estimated Post-Confirmation / Conversion Professional Fees | (6) | | | (80,000) | | | (160,000) | (120,000) |
| | | | | | | | | |
| **Total Estimated Cash for Distribution** | | | | 3,657,305 | | | 3,434,942 | 3,543,240 |

*See additional footnotes on Page 2*

9/25/2020

**Notes:**

(1) Reflects cash in Trustee-owned bank accounts as of end of day 9/21/2020. Includes $400,000 of Collateral Trust Funds and $1,508,670.62 of Stimulus Fund that the Trustee has contended are "used" funds and may remain with the estate.
(2) Estimated remaining collectible accounts receivable as estimated by the hospital management company and the company retained to bill and collect receivables, which are one of the same.
(3) Estimated expected receivable from Cost Report. Has not been received as of 9/24/2020.
(4) Estimated Quarterly Bankruptcy Fees for 3rd and 4th quarter, based on historical quarterly fees.
(5) Estimated Trustee Fees under Section 326 are based on the Total Est. Cash for Distribution and $10,170,385.60 in distributions during the pendency of the case.
(6) Estimated Professional Fees are higher under a Chapter 7 Liquidation to account for the loss of institutional knowledge amongst professionals following conversion.