**SO ORDERED.**

**SIGNED this 9 day of October, 2020.**



_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 7, LLC d/b/a | ) | Case No. 19-01298-5-JNC |
| PRAGUE COMMUNITY HOSPITAL, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### CONSENT ORDER ALLOWING FOURTH APPLICATION BY GRANT THORNTON LLP AS FINANCIAL CONSULTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [DECEMBER 1, 2019 THROUGH JULY 31, 2020]

This matter came before the Court on the Fourth Application by Grant Thornton LLP as Financial Consultant for the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses [December 1, 2019 to July 31, 2020] (the "Application"), filed on September 4, 2020, requesting fees in the amount of $130,151.00 in fees and reimbursement of expenses in the amount of $0.00. The United States Bankruptcy Administrator for the Eastern District of North Carolina, (the "Bankruptcy Administrator") conferred with Grant Thornton regarding a reduction to fees requested by Grant Thornton. No party objected to the Application. The Bankruptcy Administrator and Grant Thornton LLP, having conferred and agreed to a resolution, and in light of the pleadings and the record in this case, the Court makes the following findings of fact and conclusions of law:

1

2

1. This case was filed as a voluntary chapter 11 on March 21, 2019. The Trustee filed a motion to employ Grant Thornton LLP as financial consultant to the Trustee on April 10, 2019, an amended motion was filed on April 18, 2019, and the Court approved the employment (effective as of March 21, 2019) on May 9, 2019.

2. Pursuant to communications with the Bankruptcy Administrator, Grant Thornton LLP has agreed to an additional voluntary reduction of $7,164.00 in professional fees and $0.00 in reimbursable expenses sought pursuant to the Application.

Based upon the foregoing findings of fact and conclusions of law, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Pending a final hearing on the Application, Grant Thornton LLP is permitted and allowed interim compensation in the amount of $122,987.00 for fees, together with reimbursement of $0.00 for expenses, for a total of $122,987.00 as a Chapter 11 administrative claim for the period of December 1, 2019 through July 31, 2020.

AGREED TO BY:

**BANKRUPTCY ADMINISTRATOR FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

*/s/ Marjorie K. Lynch*
Marjorie K. Lynch (State Bar No. 13594)
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
Telephone: (919) 334-3885
Marjorie_lynch@nceba.uscourts.gov

*Bankruptcy Administrator*


**GRANT THORNTON LLP**

*/s/ Richard R.(Rob) Vanderbeek*

Richard R. (Rob) Vanderbeek
Managing Director
Grant Thornton, LLP
757 Third Avenue, Floor 9
New York, NY 10017
Telephone: 212-542-9748
Email: rob.vanderbeek@us.gt.com

*Financial Consultant for the Chapter 11 Trustee*

**END OF DOCUMENT**