**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 19-01298-5-JNC** |
| CAH ACQUISITION COMPANY 7, ) | |
| LLC, d/b/a PRAGUE COMMUNITY ) | **Chapter 11** |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF QUARTERLY FEES PAID

**Amount of Check: $650.00**

*The Debtor is submitting these funds to be allocated as follows:*

1st quarter 2020 (January 1 – March 31, 2020):

2nd quarter 2020 (April 1 – June 30, 2020):

3rd quarter 2020 (July 1 – September 30, 2020):   $650.00

4th quarter 2020 (October 1 – December 31, 2020):

Other (please explain)   _____

If a Final Report and Application for Final Decree are filed, the amount of fee due should be calculated from the beginning of the quarter through the date of the Final Report.

**I certify that the information contained in this Notice is true and correct to the best of my knowledge and belief.**

Date: October 22, 2020

                                    **WALDREP LLP**

                                    /s/ *Thomas W. Waldrep, Jr.*
                                    Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
                                    Jennifer B. Lyday (NC Bar No. 39871)
                                    Francisco T. Morales (NC Bar No. 43079)
                                    101 S. Stratford Road, Suite 210
                                    Winston-Salem, NC 27104
                                    Telephone: 336-717-1440
                                    Telefax: 336-717-1340
                                    Email: notice@waldrepllp.com

**QUARTERLY FEES FOR**
**THE 3rd QUARTER OF 2020**

**Disbursements include: Sum total of disbursements from all bank accounts, including payments of operating expenses and payments to secured creditors and lessors. Disbursements do not include transfers between accounts. Quarterly fees are not prorated.**

*3rd Quarter*
**Disbursements for July 2020: $816.78**
**Disbursements for August 2020: $14,795.19**
**Disbursements for September 2020: $1,058.38**

**Total Disbursements for the 3rd Quarter: $16,670.35**

**Amount Due: $650.00**
**Amount Paid: $650.00**