**SO ORDERED.**

**SIGNED this 28 day of October, 2020.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **In the Matter of** | ) | |
| | ) | **Case No. 19-01298-5-JNC** |
| **CAH Acquisition Company #7, LLC** | ) | |
| **d/b/a Prague Community Hospital** | ) | **Chapter 11** |

**CONSENT ORDER ALLOWING FOURTH APPLICATION BY**
**WALDREP LLP AS CO-COUNSEL FOR THE TRUSTEE FOR ALLOWANCE OF**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**[DECEMBER 1, 2019 THROUGH MAY 31,2020]**

This matter came before the court on the Fourth Application by Waldrep LLP as Co-

Counsel for the Trustee for Allowance of Interim Compensation and Reimbursement of

Expenses [December 1, 2019 to May 31, 2020] in the amount of $69,194.50 for fees and $128.95

for reimbursement of expenses, for a total of $69,323.45.  The parties have reached a resolution

of the BA's concerns and the court finds that the resolution is in the best interests of the estate.

Wherefore, in light of the pleadings, the court makes the following findings of fact and

conclusions of law:

1.      The Debtor filed its chapter 11 case on March 21, 2019.  The Debtor operates a critical access hospital in Prague, Oklahoma.  On March 29, 2019, the court appointed Thomas Waldrep to serve as chapter 11 trustee in the case.  On April 2, 2019, the Trustee sought to employ the law firm of Waldrep LLP as co-counsel for the Trustee. The final order approving the application to employ the law firm of Waldrep LLP was entered on April 18, 2019.

2.      To date, the Court has allowed fees in the total sum of $96,068.00 and expenses in the sum of $6,857.77. Waldrep LLP seeks payment of $69,194.50 in professional fees and $128.95 in expenses.  The BA has identified additional time in the amount $1,329.00 that may be subject to a reduction.

3.      To avoid the costs of a hearing, the parties agree to the allowance of fees in the amount of **$67,865.50** and expenses in the amount of **$128.95**.

**Now therefore,** it is ordered that Waldrep LLP is allowed professional fees in the amount of **$67,865.50** and reimbursement of expenses of **$128.95** for the period of December 1, 2019 to May 31, 2020.

We consent:

| | |
|---|---|
| */s/ Kirstin E. Gardner* | */s/ Thomas W. Waldrep, Jr.* |
| Kirstin E. Gardner | Thomas W. Waldrep, Jr. (NCSB# 11135) |
| Staff Attorney | Jennifer B. Lyday (NCSB# 39871) |
| Bankruptcy Administrator | Co-Counsel for the Chapter 11 Trustee |
| 434 Fayetteville Street, Suite 640 | 101 S. Stratford Road, Suite 210 |
| Raleigh, North Carolina 27601 | Winston-Salem, NC 27104 |
| (919) 334-3889 | Telephone: 336-717-1440 |
| Kirstin_gardner@nceba.uscourts.gov | twaldrep@waldrepall.com |
| State Bar No. 52144 | jlyday@waldrepall.com |

END OF DOCUMENT