United States Bankruptcy Court
Eastern District of North Carolina

In re:  Case No. 19-01298-JNC
CAH Acquisition Company 7, LLC  Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0417-5     User: admin     Page 1 of 3
Date Rcvd: Nov 09, 2020     Form ID: pdf014     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CAH Acquisition Company 7, LLC, PO Box 953446, Saint Louis, MO 63195-3446 |
| aty | + | Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612-3367 |
| aty | + | Micah E. Marcus, McDonald Hopkins LLC, 300 N. LaSalle, Suite 1400, Chicago, IL 60654-3474 |
| aty | + | Spilman Thomas & Battle, PLLC, 110 Oakwood Dr., Suite 500, Winston-Salem, NC 27103-1958 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin E.F.B. Waller | on behalf of Plaintiff Thomas W. Waldrep Jr., Chapter 11 Trustee for CAH Acquisition Company 7, LLC bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Benjamin E.F.B. Waller | on behalf of Trustee Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Brian R. Anderson | on behalf of Special Counsel Greenberg Trauig LLP BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com |
| Brian R. Anderson | on behalf of Other Professional SAK Management Services LLC BRAnderson@foxrothschild.com, |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 09, 2020 | Form ID: pdf014 | Total Noticed: 4 |

|  |  |
|---|---|
|  | pwilliams@foxrothschild.com |
| Brian R. Anderson | on behalf of Health Care Ombudsman Suzanne Koenig BRAnderson@foxrothschild.com pwilliams@foxrothschild.com |
| Ciara L. Rogers | on behalf of Other Professional Sherwood Partners  Inc. ciara@olivercheek.com, ashley@olivercheek.com;dana@olivercheek.com;katymac@olivercheek.com;pam@olivercheek.com;ben@olivercheek.com;emily@olivercheek.com;george@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com |
| David J Haidt | on behalf of Interested Party Cohesive Healthcare Management and Consulting davidhaidt@embarqmail.com joywatsonnb@embarqmail.com |
| Ethridge B. Ricks | on behalf of Interested Party Rural Wellness Fairfax  Inc. bricks@mcguirewoods.com |
| James C. Lanik | on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, trustee@waldrepllp.com;8101@notices.nextchapterbk.com |
| Jason L. Hendren | on behalf of Trustee Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Jason L. Hendren | on behalf of Plaintiff Thomas W. Waldrep Jr., Chapter 11 Trustee for CAH Acquisition Company 7, LLC jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Jennifer B. Lyday | on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com, 6176@notices.nextchapterbk.com |
| Jennifer B. Lyday | on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 6176@notices.nextchapterbk.com |
| Jennifer B. Lyday | on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com, 6176@notices.nextchapterbk.com |
| Jennifer B. Lyday | on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com  6176@notices.nextchapterbk.com |
| John Paul H. Cournoyer | on behalf of Interested Party Rural Community Hospitals of America  LLC jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| John Paul H. Cournoyer | on behalf of Creditor Sun Finance  Inc. jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| John Paul H. Cournoyer | on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com |
| John Paul H. Cournoyer | on behalf of Creditor Steven F. White jpc@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com |
| Kirstin E. Gardner | on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov;lynn_tingen@nceba.uscourts.gov |
| Lauren A. Golden | on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov  kristen.caldaro@usdoj.gov |
| Marjorie K. Lynch | on behalf of Bankruptcy Administrator Bankruptcy Administrator marjorie_lynch@nceba.uscourts.gov lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov |
| Michael J. Quinn | on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov |
| Nancy A. Peterman | on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com |
| Paul A. Fanning | on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blh@wardandsmith.com;nsf@wardandsmith.com;smkott@wardandsmith.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 7  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rebecca F. Redwine | on behalf of Plaintiff Thomas W. Waldrep Jr., Chapter 11 Trustee for CAH Acquisition Company 7, LLC rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Rebecca F. Redwine | |

District/off: 0417-5 User: admin Page 3 of 3
Date Rcvd: Nov 09, 2020 Form ID: pdf014 Total Noticed: 4

        on behalf of Trustee Thomas W. Waldrep Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Ross A. Plourde
        on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

Thomas E. Austin, Jr.
        on behalf of Creditor Cigna Health and Life Insurance Company taustin@taustinlaw.com

Thomas E. Austin, Jr.
        on behalf of Creditor Cigna HealthCare of North Carolina  Inc. taustin@taustinlaw.com

Thomas W. Waldrep, Jr.
        on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

William C. Smith, Jr.
        on behalf of Interested Party Transcendental Union with Love and Spirit smith@manningfulton.com langdon@manningfulton.com;shields@manningfulton.com;gibson@manningfulton.com

William P Janvier
        on behalf of Interested Party Boa Vida Foundation  Inc bill@janvierlaw.com, samantha@janvierlaw.com;Stephanie@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com

William Walt Pettit
        on behalf of Creditor Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

TOTAL: 35

**SO ORDERED.**

**SIGNED this 9 day of November, 2020.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01298-5-JNC |
| CAH ACQUISITION COMPANY 7, LLC, ) | |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### FINAL ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 GRANTING TRUSTEE'S MOTION FOR USE OF CASH COLLATERAL

This matter came before the Court to consider the *Trustee's Motion for: (I) Interim Order (A) Authorizing the Use of Cash Collateral and (B) Scheduling Final Hearing Pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure; and (II) a Final Order Authorizing the Use of Cash Collateral* (the "Motion") [Dkt. No. 239] filed by Thomas W. Waldrep, Jr., Trustee[1] for the above captioned Debtor on August 8, 2019 pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for entry of an interim and final order granting the Debtor's use of Cash Collateral; and the Court having entered the *Interim Order (A) Authorizing the Use of Cash Collateral and (B) Scheduling Final Hearing Pursuant to Rule 4001 of the Federal Rules of*

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

*Bankruptcy Procedure* (the "First Interim Order") [Dkt. No. 262] on August 28, 2019; and the Court entered subsequent interim orders approving the continued use of cash collateral [Dkt. Nos. 331, 363, 376, and 526] (collectively, with the First Interim Order, the "Interim Orders"); and the sale of the Debtor's assets to Transcendental Union with Love and Spiritual Advancement ("TULSA") having closed on May 4, 2020 (the "Sale"); and the Debtor's use of Cash Collateral no longer being a necessary in the further administration of the Debtor's estate; and after due consideration of the foregoing and the record in this case, and it appearing that the relief granted in the Interim Orders was reasonable and appropriate, in the best interests of the bankruptcy estate and all creditors, and should be approved on a final basis; and for good and sufficient reasons appearing based upon the findings and conclusions in the Interim Orders and the entire official record in this case,

NOW, THEREFORE, the Court therefore ORDERS, ADJUDGES, and DECREES that the use of Cash Collateral granted in the Interim Orders was necessary, and the Trustee's use of Cash Collateral pursuant to the Interim Orders is hereby approved on a final basis. All terms of the Interim Orders are incorporated herein by reference; provided however, this Court has now entered an Order [Dkt. No. 778] approving a mediated settlement between the Trustee, Cohesive, Nusbaum/White, and the Receiver for CBSG (the "Mediated Settlement"), and to the extent that anything in this Order or the Interim Orders conflicts with the Mediated Settlement, the terms of the Mediated Settlement shall control.

[END OF DOCUMENT]